IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TITO IMER ALVARENGA-VILLALOBOS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 05-0785 MMC <br><br> STIPULATION AND ORDER <br> CONTINUING HEARING |

**STIPULATION**

The parties agree to continue the hearing on the defendant's motion to dismiss from May 17, 2006 until June 7, 2006 at 2:30 p.m.  The purpose of the continuance is to allow the defendant time to investigate matters related to resolution of the pending motion.

It is so stipulated.

DATED: May 12, 2006      _____/S/_____
                          RONALD TYLER
                          Assistant Federal Public Defender
                          Counsel for Tito Imer Alvarenga Villalobos


DATED: May 12, 2006      _____/S/_____
                          NAHLA RAJAN
                          Special Assistant United States Attorney


STIP & ORDER CONTINUING HEARING
*United States v. Alvarenga Villalobos*
CR 05-0785 MMC

**ORDER**

The next hearing in this matter is continued from May 17, 2006 until June 7, 2006 at 2:30 p.m

IT IS SO ORDERED.

DATED:  May 12, 2006

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING HEARING
*United States v. Alvarenga Villalobos*
CR 05-0785 MMC                                  - 2 -